UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

$129,006 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, et al.,

        Defendants.

C21-1318

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' Joint Motion to Stay Civil Case, docket no. 7, is GRANTED. This matter is hereby STAYED until further order of the Court. Either party may request a lifting of the stay at any time pursuant to a written motion.

(2)    The time for Claimant to file an answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the Joint Motion for Stay through the date of the entry of this Order.

(3)    The persons and entities to whom the United States provided direct notice of this proceeding on or about September 28, 2021, shall have an additional 35 days, from the date the Court lifts the proposed stay, to file a claim in this proceeding.

(4)    In the event that case is still stayed, the parties are DIRECTED to file a Joint Status Report by April 4, 2022.

(5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2021.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1